618

417 A.2d 761

Commonwealth ex rel. Johnson v. Rockaway.

Appeal of Johnson.

Submitted September 15, 1978. Carolyn Lee Daffron, for appellant; David S. Rasner, for appellee; Flora E. Roomberg, Assistant District Attorney, for the Commonwealth.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

417 A.2d 761

Beltzner et al. v. Wirth, Appellant.

Submitted September 15, 1978. Todd S. Miller, for appellant; George T. McKinley, for appellee.

Before VAN der VOORT, MONTGOMERY and WATKINS, JJ.

Order affirmed.